```
McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
GRETCHEN Z. BOGER
Certified Law Student
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>NATHANIEL JONES and           )<br>KATIE ACOSSANO,               )<br>                              )<br>            Defendants.       )<br>_____) | CR. NO. S-06-259 GGH<br><br>GOVERNMENT'S MOTION TO DISMISS<br>WITHOUT PREJUDICE ONLY AS TO<br>NATHANIEL JONES AND KATIE<br>ACOSSANO AND ORDER<br><br>DATE: March 20, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Gregory G. Hollows |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice Cr. No. S-06-259 GGH, only as to defendants Nathaniel Jones and Katie Acossano. In preparing for trial, the government ascertained that the citing officer is deployed until September 2007.

As to defendant Nathaniel Jones, the government prosecutor contacted his attorney to advise her of the unavailability of the key witness and asked the defendant's preference: to continue the case until September 2007 or to dismiss the case without prejudice and re-file the case in September 2007. The defendant

1

chose the latter option.

　　　Defendant Katie Acossano has not appeared because, until recently, her whereabouts were unknown.  Currently the government is only in possession of a telephone number for defendant Acossano.  The government counsel has not had personal contact with said defendant.  The government has left a message on an answering machine for defendant Acossano to return the call.  To date, she has not returned the call.

　　　The government intends to re-file this action upon the return of the witness.

Dated: March __, 2007.

　　　　　　　　　　　　　　　　　　　　McGREGOR SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By: */s/Matthew C. Stegman*
　　　　　　　　　　　　　　　　　　　　MATTHEW C. STEGMAN
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

<u>O R D E R</u>

　　　IT IS HEREBY ORDERED that the case only as to defendants Nathaniel Jones and Katie Acossano be dismissed without prejudice.

IT IS SO ORDERED:

DATED: 3/20/07

/s/ Gregory G. Hollows
_____
Hon. Gregory G. Hollows
United States Magistrate Judge


jones259.ord

2